IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRAN HOWELL,

    Plaintiff/Appellant,

                                  No.    6:08-cv-00937-BB-WDS

v

NEW MEXICO DEPARTMENT OF AGING
& LONG TERM SERVICES, ADULT
PROTECTIVE SERVICES DIVISION,

    Defendant/Appellee.

## ORDER

THIS MATTER having come before the Court upon Fran Howell's Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, and the Court being fully advised;

**IT IS ORDERED** that the motion is hereby granted and Fran Howell may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE